IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danny Friddle,<br><br>              Plaintiff,<br><br>v.<br><br>Todd Thomas, et al.,<br><br>              Defendants. | No. CV-23-01072-PHX-KML (ESW)<br><br>**ORDER** |

Magistrate Judge Eileen S. Willett issued a Report and Recommendation recommending the court dismiss portions of the Second Amended Complaint. Neither party filed an objection.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 37) is **GRANTED**. The portions of count two discussed in the Report and Recommendation are **DISMISSED**. Counts six and seven are **DISMISSED**. Defendants Wead, Valenzuela, Long, Lovelace, Unknown Does 1-4, and the Hawaii Department of Public Safety are **DISMISSED**.

Dated this 10th day of September, 2024.

*[signature]*

Honorable Krissa M. Lanham
United States District Judge