**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danny Friddle, | No. CV-23-01072-PHX-KML (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| Todd Thomas, et al., | |
| Defendants. | |

Plaintiff Danny Friddle seeks reconsideration of this court's November 13, 2025, order. (Doc. 138.) Friddle has not met the high standard for reconsideration. *See Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993) (reconsideration requires newly discovered evidence, clear error, or change in controlling law).

**IT IS ORDERED** the Motion for Reconsideration (Doc. 152) is **DENIED**.

Dated this 21st day of January, 2026.

Honorable Krissa M. Lanham
United States District Judge